UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| MARK LYNN REED | § § | |
| V. | § § | CIVIL ACTION NO. G-11-241 |
| THE UNITED STATES OF AMERICA | § § | |

## ORDER OF DISMISSAL

W. Robins Brice, acting as mediator, has informed this Court through a letter dated November 16, 2012, that during the mediation process the case settled.

It is, therefore, **ORDERED** that this cause be, and it is hereby, **DISMISSED** on the merits without prejudice to the right of either Party to move for reinstatement within **sixty (60)** days upon presentation of adequate proof that the settlement could not be perfected.

**IT IS SO ORDERED.**

DONE at Galveston, Texas, this _19th_ day of November, 2012.

Gregg Costa
United States District Judge